**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. RDB-26-00359** |
| | * | |
| **LAYNE LUNDEEN,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

*******

# MOTION TO UNSEAL

The United States of America, through undersigned counsel, hereby informs this Court that the Defendant in the above-captioned matter has been arrested, and the indictment may therefore be unsealed. The United States now moves to unseal the docket in the above-captioned case and to have the unsealed indictment placed on the docket.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

Digitally signed by TYLER PITTINGER
Date: 2026.10.13 09:29:04 -04'00'

Tyler C. Pittinger
Assistant United States Attorney

So ORDERED,

The Honorable Erin Aslan
United States Magistrate Judge

October 13, 2026
Date