AO 442 (Rev 11/11) Arrest Warrant AUSA/USAO#

# UNITED STATES DISTRICT COURT

for the

District of Maryland

USDC- BALTIMORE
'26 OCT 13 PM3:54

United States of America
v.
Layne Lundeen
*Defendant*

Case No. RDB-26-359

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* LAYNE LUNDEEN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count One - Interference with Flight Crew Members and Attendants, 49 U.S.C. § 46504
Count Two - Assault by Striking, Beating, and Wounding, 18 U.S.C. § 113(a)(4)

Date: October 8, 2026

*Issuing officer's signature*

City and state: Baltimore, Maryland

Hon. Charles D. Austin, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/15/26, and the person was arrested on *(date)* 10/15/26
at *(city and state)* Baltimore MD 2230.

Date: 10/15/26

*Arresting officer's signature*

David A. Rodski Special Agent
*Printed name and title*

HD
Rcv'd by: AR