**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. RDB-26-00359** |
| | * | |
| **LAYNE LUNDEEN,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

*******

**ORDER**

Upon consideration of the Government's Consent Motion to Exclude Time Pursuant to the Speedy Trial Act ("STA"), the Court finds as follows:

The Government has started the process of preparing all (or nearly all) discovery to produce to defense for review. As such, the parties believe that tolling speedy trial for thirty (30) days, from **October 15, 2026**, **through and including November 14, 2026**, would be beneficial for both parties. Such tolling would serve the ends of justice because it would allow additional time for the Government to produce discovery to defense and for the Defendant to review discovery. Counsel for the Defendant consents to the Government's Motion.

Periods of delay that extend the time within which trial should commence include delays granted by the Court on the basis of a finding that the *ends of justice* are served by taking such action and outweigh the best interest of the public and the Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes such a finding, and therefore, the circumstances of this case permit such a delay and an exclusion of time during this period.

Therefore, it is hereby ORDERED, pursuant to 18 U.S.C. § 3161(h), that the period from **October 15, 2026**, **through and including November 14, 2026**, shall be excluded from STA computation.

Dated: October ______, 2026

_________________________________
The Honorable Richard D. Bennett
Judge, United States District Court
District of Maryland