**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**OFFICE OF THE CLERK**

Catherine M. Stavlas, Clerk
David E. Ciambruschini, Chief Deputy

Reply to Northern Division Address

October 16, 2026

# RECEIPT FOR SURRENDER OF PASSPORT

Re: United States of America vs. Layne Lundeen
Case No. 1:26−cr−00359−RDB

Received this 16th day of October 2026, from Anatoly Smolkin, one passport ending with 3253, issued by the country of the United States of America which is being surrendered to the Court as a special condition of the Defendant's release. This passport is to be held in the custody of the Court until further Order of Court. The Clerk of Court will return any expired passports held in its custody to the Department of State.

/s/
Catherine M. Stavlas, Clerk
By: av4s, Deputy Clerk

Receipt for Surrender of Passport (03/24)